**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00420-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. THOMAS BENJAMIN ARMIJO,

     Defendant.

---

**MINUTE ORDER**[1]

---

On **January 7, 2011**, commencing at 3:30 p.m., the court shall conduct a revocation of supervised release hearing.

Dated: October 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.